UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ENOCK AUGUSTIN,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26-CV-612-CCB-SJF |

**ORDER**

Immigration detainee Enock Augustin, a litigant representing himself, was ordered to show cause why his habeas corpus petition should not be denied because he was in the 90-day period of mandatory detention under 8 U.S.C. § 1231(a)(2). ECF 7. He was cautioned if he did not respond by September 28, 2026, his petition would be dismissed without further notice. *Id.* The deadline has passed with no response. Therefore, the petition will be denied.

As a final matter, the court observes that "for detention to remain reasonable, as the period of prior postremoval [order] confinement grows, what counts as the reasonably foreseeable future conversely would have to shrink." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). While Augustin may not be entitled to habeas relief now, it does not prevent him from seeking habeas relief at some later date if the government continues to detain him for a significant period of time without a significant likelihood of removal in the foreseeable future.

For these reasons, the court **DENIES** the petition (ECF 2) and **DIRECTS** the clerk to close this case.

SO ORDERED on October 5, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT